# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

Rev. 10/10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Shane
DeShaun
Francis
_____
(Full name of the Plaintiff(s) in this action)

v.

Richard
Boling
_____

_____

_____
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 5:20CV7-TBR
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

## I.     PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Shane DeShawn Francis

Place of Confinement: Christian County Jail

Address: 410 W. 7th Street, Hopkinsville, KY 42240

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: N/A

Place of Confinement:

Address: _____ N/A _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

(3)  Name of Plaintiff: _____

Place of Confinement: _____ N/A _____

Address: _____

Status of Plaintiff: CONVICTED (___)   PRETRIAL DETAINEE (___)

**(B)  Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1)  Defendant _Richard Boling_____ is employed

as _Commonwealth Attorney_ at _Christian County Courthouse._

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2)  Defendant _____ N/A _____ is employed

as _____ at N/A _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3)  Defendant _____ N/A _____ is employed

as _____ at N/A _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4)  Defendant _____ N/A _____ is employed

as _____ at N/A _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant Richard Boling is employed as Commonwealth Attorney at Christian County Courthouse.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action?  YES (___) NO ( ✓ )

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):  N/A

Defendant(s):  N/A

Court (if federal court, name the district.  If state court, name the county):

N/A

Docket number:  N/A

Name of judge to whom the case was assigned:  N/A

Type of case (for example, habeas corpus or civil rights action):  N/A

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

N/A

Approximate date of filing lawsuit:  N/A

Approximate date of disposition:  N/A

3

## III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.   However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

The current acting commonwealth attorney Richard Boling was my paid lawyer assigned to my current previous case reviewed by Christian County Court Judge John Atkins; however, once nominated to the office of the states attorney Richard Boling violated my rights to a fair legal process by prosecuting the same case and revoking my probation. My fourteenth Amendment right was violated which is due process

## IV.    RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

    √    award money damages in the amount of $ 50,000.00 per defendant

    _____  grant injunctive relief by N/A

    √    award punitive damages in the amount of $ 30,000.00 per defendant

    √    other: Released from detention facility

## V.    DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 14 day of January , 2020.

_____Khawe Franklin_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6



Shane Francis
410 W. 7th Street
Hopkinsville, KY
42240

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 22 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States District Court
Western District of Kentucky
at Paducah
501 Broadway, Suite 127
Paducah, KY
42001-0001

CHRISTIAN COUNTY JAIL
410 WEST 7TH STREET
HOPKINSVILLE, KY 42240