COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
CASE NO. 16-CR-00352
DIVISION NO. II

COMMONWEALTH OF KENTUCKY,           PLAINTIFF,

VS.

SHANE DESHAWN FRANCIS,           DEFENDANT.

**COMMONWEALTH'S RESPONSE TO MOTION TO SUSPEND FURTHER EXECUTION OF SENTENCE**

COMES NOW the Commonwealth, in response to the Defendant's Motion for Shock Probation Pursuant to KRS 439.265. The Commonwealth asks that the Defendant's motion be DENIED for the following reason(s):

1. Defendant entered a guilty plea in the above-styled indictment to Robbery, Second Degree;

2. Defendant's plea was entered knowingly, voluntarily and intelligently with the understanding that the Commonwealth recommended a sentence of six (6) years and the Commonwealth was neutral on probation; but the Defendant's probation was revoked on the 26th day of August, 2019 for violating the terms of his probation; and

3. While the defendant has served some portion of his sentence, the Commonwealth argues that this period is insufficient, and, given the circumstances, a release at this time would grossly undermine the severity of

his sentence which was imposed, again, in response to the severity of his criminal actions.

4. Defendant has been given the opportunity to participate lawfully and productively in society; however, he has failed to do; and

5. To grant shock probation in this case would unduly depreciate the seriousness of the underlying offense.

For the foregoing reason(s), the Commonwealth asks this Court to DENY Defendant's Motion for Shock Probation Pursuant to KRS 439.265.

Respectfully Submitted, this the 11th day of December, 2019.

Respectfully Submitted,

Richard Boling
Commonwealth's Attorney
3rd Judicial Circuit
511 S. Main Street, Courthouse Annex
Hopkinsville, KY 42240
(270) 889-6587

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the Defendant: Shane Francis, Inmate/Christian County Jail, 410 W. 7th Street, Hopkinsville, Kentucky, 42240, on this the 11th day of December, 2019.

Richard Boling
Commonwealth's Attorney
511 South Main Street
2nd Floor, Courthouse Annex
Hopkinsville, KY 42240